# United States District Court

_____ DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DWYANE BRANCO
27 Braley Road
Freetown, Massachusetts

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04 - 1793 - CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 29, 2003 in Bristol county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, possess a firearm that had been shipped or transported in interstate commerce

in violation of Title 18 United States Code, Section(s) 922(g)(1)

I further state that I am a(n) Special Agent, ATF  and that this complaint is based on the following
                                   Official Title

facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:  ☐ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

6-22-04         at   BOSTON, MASSACHUSETTS
Date                                City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE        _____
Name & Title of Judicial Officer           Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.