UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-1793-CBS |
| ) | |
| DWAYNE BRANCO ) | |

**GOVERNMENT'S MOTION TO SEAL**

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
DENA T. SACCO
Assistant U.S. Attorney

SO ORDERED:

_____
CHARLES B. SWARTWOOD, III
United States Magistrate Judge

Date: June 22, 2004