CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE
USA v.s. Dwayne Branco
FOR
AT

LOCATION NUMBER
*filed in open court 6/30/04*

PERSON REPRESENTED (Show your full name)

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 04-1793-CBS
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment
How much did you earn per month? $ _____
If married is your Spouse employed?  ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____
SOURCES: Sporadic work - approximately $10/hr, has not worked recently

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE $ _____
DESCRIPTION _____

**DEPENDENTS**
MARITAL STATUS:
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 2
List persons you actually support and your relationship to them:
2 sons, living w/ mother.

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Student loans $8,000 | $ | $ |
| | pays child support/varies | $ | $ |
| | right $200/mo | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6/30/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Dwayne Branco*