AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DWAYNE BRANCO

**WARRANT FOR ARREST**

CASE NUMBER: 04-1793-CBS

SCANNED DATE: 07/19/04
BY: SMF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___DWAYNE BRANCO___
Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

felon in possession of a firearm

in violation of Title ___18___ United States Code, Section(s) ___922(g)(1)___

CHARLES B. SWARTWOOD, III
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

6-22-04 @ BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

WARRANT EXECUTED BY ATF
BY ARREST AND ARRAIGNMENT OF THE
DEFENDANT ON 06/24/2004

This form was electronically produced by Elite Federal Forms, Inc.