IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | 04CR 10215 GAO |
| v. | CRIMINAL No. |
| DWAYNE BRANCO | Violation: 18 U.S.C. § 922(g)(1) and 21 U.S.C. § 841(a)(1) |

## INDICTMENT

**COUNT ONE:**  18 U.S.C. §922(g)(1) - **Felon in Possession**

The Grand Jury charges:

That on or about July 29, 2003, in New Bedford, in the District of Massachusetts,

DWAYNE BRANCO,

the defendant herein, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: one Colt Government Model First Edition .380 caliber pistol, bearing serial number 380FES0013.

All in violation of Title 18, United States Code, Section 922(g)(1).

<u>COUNT TWO</u>:     21 U.S.C. §841(a)(1)- **Possession of Crack Cocaine with Intent to Distribute**

The Grand Jury charges:

That on or about December 4, 2003, in New Bedford, in the District of Massachusetts,

DWAYNE BRANCO

the defendant herein, did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: cocaine base.

All in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

### (18 U.S.C. §924(d) and 28 U.S.C. §2461 -- Criminal Forfeiture)

The Grand Jury further charges that:

1. As a result of the offense alleged in Count One of this indictment,

DWAYNE BRANCO

defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. §924(d) and 28 U.S.C. §2461, any firearm involved in or used in the offense. Such property includes, but is not limited to, the following: one Colt Government Model First Edition .380 caliber pistol, serial number 380FES0013.

All in violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; July ___21___, 2004

Returned into the District Court by the Grand Jurors and filed.


_____
DEPUTY CLERK  @ 2:06 pm

4