UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO.: |
| v. | ) | 04-1779-CBS |
| | ) | |
| DWAYNE BRANCO | ) | |

## ENTRY OF APPEARANCE

Now comes Douglas J. Darnbrough, Esq., and hereby enters his appearance as counsel of record for the Defendant Dwayne Branco in the above entitled matter.

Dated: 7/26/04

Dwayne Branco,
By His Attorney,

Douglas J. Darnbrough, Esq.
56 North Main Street
Fall River, MA 02720
Tel: 508-674-5338
Fax: 508-676-5804

## CERTIFICATE OF SERVICE

I, Douglas J. Darnbrough, Attorney for the Defendant in the above entitled action, do hereby certify, under the pains and penalties of perjury, that on this 27 day of July, 2004, I did hand deliver / first class mail / fax the foregoing:

1. Entry of Appearance

To:

Dena T. Sacco, Assistant U.S. Attorney
United States Attorney's Office
U.S. Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02110


Page Kelly, Esq.     ( Prior Counsel )
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA 02110

_____
Douglas J. Darnbrough, Esq.