UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN OFFICE

2004 AUG 18  P 12: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 04-10215-GAO |
| | ) | |
| DWAYNE BRANCO | ) | |

### NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the defendant, _Dwayne Branco_

[✓] states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).

[ ] waives the automatic disclosure of discovery material pursuant to Local Rule 116.1 (B). Discovery will be obtained directly through the provisions of the Federal Rules of Criminal Procedure in the manner provided under Local Rule 116.3.

_Dwayne Branco_
Defendant

_[signature]_
Attorney for the Defendant

_8/16/04_
Date

## CERTIFICATE OF SERVICE

I, Douglas J. Darnbrough, attorney of record for the Defendant in the cause above-captioned matter, do hereby certify that on this 17th day of August 2004, I did forward a copy of the foregoing *Notice of Selection* to the following:

Dena T. Sacco, Assistant U. S. Attorney
United States Attorney's Office
U. S. Courthouse
One Courthouse Way
Suite 9200
Boston, MA 02110

_____
Douglas J. Darnbrough, Esquire