# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>DWAYNE BRANCO, )<br>      Defendant, )<br>) | CRIMINAL ACTION<br>NO. 04-10215-GAO |

## INITIAL STATUS REPORT
### September 15, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to O'Toole, J. to whom this case is assigned:

1. **Discovery**

The Government has provided Mr. Branco with discovery. Mr. Branco intends to file a discovery request letter and the Government may produce additional discovery response to that letter. The Government also expects to receive and produce chain of custody documents. Therefore, both parties have requested additional time to complete discovery. I have granted that request.

2. **Further Status Conference**

A further status conference shall be held in this case on October 28, 2004, at 2:45 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main

3.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from August 18, 2004 (date of expiration of prior order of excludable time) through October 28, 2004 (date by which discovery should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, January 6, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE

2