UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>DWAYNE BRANCO, )<br>       Defendant, )<br>) | CRIMINAL ACTION<br>NO. 04-10215-GAO |

ORDER OF EXCLUDABLE TIME
September 15, 2004

SWARTWOOD, M.J.

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from August 18, 2004 (date of expiration of prior order of excludable time) through October 28, 2004 (date by which discovery should be completed) shall be excluded from the Speedy Trial Act.

/s/ Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE