UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 04-10215-GAO |
| v. | ) |
| DWAYNE BRANCO | ) |

## JOINT REPORT FOR INTERIM STATUS CONFERENCE

The parties hereby submit the following in anticipation of the Status Conference scheduled for October 28, 2004 in the above-captioned matter. The parties inform the Court that the defendant intends to plead guilty to the Indictment. Accordingly, the parties request that this case be referred to the District Court Judge for the scheduling of a Change of Plea hearing and that the time between October 28, 2004 and the date of the hearing be excluded from calculation under the Speedy Trial Act.

Because this case is ready to be referred, the parties submit that the status conference scheduled for October 28, 2004, is not necessary. If the Court deems it to be necessary, the parties ask that it be held by telephone.

Respectfully submitted,

DWAYNE BRANCO
by his attorney

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/ Douglas J. Darnbrough
DOUGLAS J. DARNBROUGH
508-674-5338

/s/ Dena T. Sacco
DENA T. SACCO
Assistant U.S. Attorney
(617) 748-3304

Dated: October 27, 2004