UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.             )<br>)<br>DWAYNE BRANCO,       )<br>       Defendant,   )<br>_____) | CRIMINAL ACTION<br>NO. 04-10215-GAO |

**FINAL STATUS REPORT**
November 1, 2004

**SWARTWOOD, M.J.**

The following is a Final Status Report to O'Toole, J. to whom this case is assigned:

1. Rule 11 Hearing

Counsel for the parties requested that this case be returned to Judge O'Toole for a change of plea hearing. I have granted that request.

2. Excludable Time

With the assent of counsel for the parties, I have previously excluded from the Speedy Trial Act, the entire period from date of arraignment through October 28, 2004. Therefore, assuming no further order of excludable time under the plan for prompt

disposition of criminal cases, this case must be tried on or before <u>Thursday, January 6, 2005</u>.

                                              <u>/s/Charles B. Swartwood, III</u>
                                              CHARLES B. SWARTWOOD, III
                                              MAGISTRATE JUDGE